FILED ✓   LODGED ___
RECEIVED ___   COPY ___

APR 2 8 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW D. DOYLE
Assistant United States Attorney
Arizona State Bar No. 036235
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Doyle@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        vs.<br><br>Frankie Cruz Aragon,<br><br>                Defendant. | No.  CR-26-08060-PCT-KML (DMF)<br><br>**REDACTED<br>INDICTMENT**<br><br>VIO:    18 U.S.C. §§ 1153, 113(a)(3) and 3559(f)<br>(CIR-Assault of a Child with a Dangerous Weapon)<br>Count 1<br><br>18 U.S.C. §§ 1153, 2111 and 3559(f)<br>(CIR-Robbery of a Child)<br>Count 2<br><br>18 U.S.C. § 924(c)(1)(A)<br>(Use of a Firearm During a Crime of Violence)<br>Count 3<br><br>18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about February 23, 2026, in the District of Arizona, within the confines of the Fort Mojave Indian Reservation, Indian Country, the defendant, FRANKIE CRUZ ARAGON, an Indian, did intentionally and knowingly assault the victim, John Doe, a child under the age of 18 years, with a dangerous weapon, that is, a firearm, with the intent to do

bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 3559(f).

## COUNT 2

On or about February 23, 2026, in the District of Arizona, within the confines of the Fort Mojave Indian Reservation, the defendant, FRANKIE CRUZ ARAGON, an Indian, did by force, violence, and intimidation take a cellphone, a thing of value, from the person and presence of the victim, John Doe, a child under the age of 18 years.

In violation of Title 18, United States Code, Sections 1153, 2111 and 3559(f).

## COUNT 3

On or about February 23, 2026, in the District of Arizona, the defendant, FRANKIE CRUZ ARAGON, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, that is, Assault with a Dangerous Weapon and Robbery, as alleged in Counts 1 and 2 of this Indictment, respectively, felonies prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

A black and gray Ruger EC9 bearing Serial Number 361-65490.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d), Title 21, United States Code, Section 853, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_S/_
_____
FOREPERSON OF THE GRAND JURY
Date: April 28, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_S/_
_____
MATTHEW D. DOYLE
Assistant U.S. Attorney

- 3 -